IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
08/21/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

DONDRE DE ANTHONY FOSTER,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
SAMUEL OLSON, ICE Field Office Director;
DAVID J. VENTURELLA, ICE Acting Director;
MARKWAYNE MULLIN, DHS Secretary; and
TODD BLANCHE, Acting Attorney General,

Respondents.

Case No. 26-3175-JWL

# ORDER

By Memorandum and Order of July 23, 2026, the Court denied the habeas petition filed by petitioner. Petitioner has now filed a motion for clarification or partial reconsideration of that order (Doc. # 11). The Court **grants the motion in part**.

Specifically, petitioner seeks clarification concerning whether the Court intended its denial to be with or without prejudice; and if the former, petitioner seeks reconsideration of that decision so that the denial may be without prejudice. Petitioner appears to be concerned most particularly with his ability to bring another claim that his detention has been unreasonably prolonged in the event that he prevails on his appeal to the Second Circuit and engages in further removal proceedings in the immigration court. The Court clarifies that, although assertion of a claim identical to one already asserted and denied

would generally be precluded, petitioner would be free to assert a new habeas claim if any circumstances affecting the relevant analysis – including the duration of the detention or the status of removal proceedings – have changed; and the Court's denial may be considered without prejudice to that extent.

IT IS SO ORDERED.

Dated this 21st day of August, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge